**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000045
16-FEB-2022
08:04 AM
Dkt. 70 OGMD**

NO. CAAP-21-0000045

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LARRY CARD, Plaintiff-Appellant, v. PIILANI HOMEOWNERS ASSOCIATION; KIAKONA KAPONO; PORTER McQUIRE KIAKONA AND CHOW; JACK NAIDITCH; CHRISTOPHER WILLIAMS; KIA JOHNSON CHANNEL; CHAD NEWMAN; ANGELINA CAMPOS; UNKNOWN SQUATERS UPSTAIRS AT 214 LUAKAHA CIRCLE, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000314)

ORDER GRANTING DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, and Leonard and Wadsworth, JJ.)

Upon consideration of the "Notice of Larry Card's Withdrawal of Appeal Due to Severe Health Problems" filed on January 19, 2022, by self-represented Plaintiff-Appellant Larry Card (Appellant), the record, and there being no opposition, we construe Appellant's notice to be a motion to dismiss the appeal pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b). Therefore,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, February 16, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge